

**EXHIBIT 10**